[Criminal No. 817.   Filed March 11, 1935.]

[40 Pac. (2d) 1119.]

WILLIAM LYNCH, Appellant, v. STATE OF ARI-
ZONA, Respondent.

Miss Ruth Ames Rebe, for Appellant.

Mr. John L. Sullivan, Attorney General, and Mr.
John W. Murphy, Assistant Attorney General, for
Respondent.

PER CURIAM.—William Lynch was informed
against by the county attorney of Pima county for
the crime of manslaughter.  The case was tried to
a jury which rendered a verdict of guilty, and, after
the defendant was duly sentenced, this appeal was
taken.  No reporter's transcript was filed, nor did
defendant think it worth while to file a brief suggest-
ing wherein the trial court had erred.  Notwithstand-
ing this, we have examined the case for fundamental
error.  The information states a public offense, the
jury found the defendant guilty thereof, and he was
duly sentenced according to law.  Nothing appears
in the record showing that he did not have a fair and
impartial trial.

The judgment is therefore affirmed.